# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PARISH OF ASCENSION

VERSUS

WESLEY J. SIMONEAUX

NO.   2023 CW 0132

**MARCH 13, 2023**

---

In Re:    Parish of Ascension, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 2022600.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

DEPUTY CLERK OF COURT
FOR THE COURT